**Opinion issued April 7, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-00608-CV

_____

**GRANT ALLEN NELSON, Appellant**

**V.**

**MALLARY LAUREN NELSON, Appellee**

**On Appeal from the 308th District Court**
**Harris County, Texas**
**Trial Court Case No. 2024-20260**

## MEMORANDUM OPINION

Appellant Grant Allen Nelson filed a notice of appeal from the trial court's July 7, 2025 final divorce decree. On January 14, 2026, appellant filed an Unopposed Motion to Dismiss Appeal "request[ing] that the Court dismiss this

appeal, as he no longer wishes to prosecute it." *See* TEX. R. APP. P. 42.1(a)(1). No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c).[1]

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Gunn, Caughey, and Morgan.

---

[1] The Court had previously dismissed and then reinstated this appeal.